01

02

03

04

05                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
06                            AT SEATTLE

07  TANIA RUTLEDGE,                        )
                                           )   CASE NO. C13-1486-RAJ
08          Plaintiff,                     )
                                           )
09          v.                             )
                                           )   ORDER OF REMAND
10  CAROLYN W. COLVIN, Acting              )
    Commissioner of Social Security,       )
11                                         )
            Defendant.                     )
12  _____)

13          The parties filed a stipulated motion to reverse and remand this case for further

14  administrative proceedings.  (Dkt. 18.)   It is therefore ORDERED:

15          (1)     The Court adopts the Report and Recommendation;

16          (2)     The Court REVERSES and REMANDS this matter for further administrative

17                  proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

18          (3)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

19          DATED this 10th day of March, 2014.

20
                                           _____
21
                                           The Honorable Richard A. Jones
22                                         United States District Judge


    ORDER OF REMAND
    PAGE -1